**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| EMILY FRENKEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES LLC d/b/a BAYLOR GENETICS, and NATERA, INC.,<br><br>Defendants. | CASE NO. 4:26-cv-08831<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Thomas R. Ajamie of Ajamie LLP hereby enters his appearance as counsel for Plaintiff Emily Frenkel, and requests service of all notices, pleadings, and other matters. Mr. Ajamie is admitted to the bar of this Court.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Thomas R. Ajamie*

**AJAMIE LLP**
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1619
Facsimile: (713) 860-1699
jedwards@ajamie.com
tajamie@ajamie.com

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jack G. Fruchter*
Mitchell M.Z. Twersky*
Lawrence D. Levit*
Tanya Korkhov*
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jfruchter@aftlaw.com
mtwersky@aftlaw.com
llevit@aftlaw.com
tkorkhov@aftlaw.com

– and –

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Patrice L. Bishop*
9440 Santa Monica Blvd.
Bank of America Building, Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655
pbishop@aftlaw.com

***Counsel for Plaintiff***

**Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Thomas R. Ajamie*
Thomas R. Ajamie