**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| VICTORIA OSBORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES, LLC d/b/a BAYLOR GENETICS,<br><br>Defendants. | Case No. 4:26-cv-06781 |
| EMILY FRENKEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES LLC d/b/a BAYLOR GENETICS, and NATERA, INC.,<br><br>Defendants. | Case No. 4:26-cv-08831 |

**NOTICE OF RELATED LITIGATION**

Plaintiff Emily Frenkel, by and through her undersigned counsel, hereby provides notice of her related litigation, pursuant to L.R. 5.2. Plaintiff Frenkel's case, filed on October 8, 2026, shares substantial overlapping factual allegations and claims with *Victoria Osborne v. Baylor*

*Miraca Genetics Laboratories, LLC, d/b/a Baylor Genetics*, No.4:26-cv-06781, and the cases referenced in (1) the Motion to Consolidate Actions and Appoint Interim Class Counsel, filed therein at ECF No. 7, and (2) the Notices of Related Litigation, filed therein at ECF Nos. 11, 15, 17, and 19.

Dated: October 21, 2026

Respectfully submitted,

*/s/ John S. "Jack" Edwards, Jr.*

**AJAMIE LLP**
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place – South Tower
711 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1619
Facsimile: (713) 860-1699
jedwards@ajamie.com
tajamie@ajamie.com

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jack G. Fruchter*
Mitchell M.Z. Twersky*
Lawrence D. Levit*
Tanya Korkhov*
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jfruchter@aftlaw.com
mtwersky@aftlaw.com
llevit@aftlaw.com
tkorkhov@aftlaw.com

– and –

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Patrice L. Bishop*
9440 Santa Monica Blvd.
Bank of America Building, Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655
pbishop@aftlaw.com

***Counsel for Plaintiff Emily Frenkel***

**Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.