# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| EMILY FRENKEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>BAYLOR MIRACA GENETICS LABORATORIES LLC D/B/A BAYLOR GENETICS, AND NATERA, INC.<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:26-CV-08831 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Friday, October 16, 2026 at 3:56 PM, this SUMMONS, COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, ORDER SETTING CONFERENCE, JOINT DISCOVERY/CASE MANAGEMENT PLAN, JUDGE'S CIVIL PROCEDURES, EXHIBIT LIST, WITNESS LIST for NATERA, INC. C/O REGISTERED AGENT NATIONAL REGISTERED AGENTS, INC. was received by me.

On Monday, October 19, 2026 at 5:22 PM, I personally served the above-mentioned documents on NATERA, INC. C/O REGISTERED AGENT NATIONAL REGISTERED AGENTS, INC. AT 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Wednesday, October 21, 2026

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002

DocID: P359572_1