**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| EMILY FRENKEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR MIRACA GENETICS LABORATORIES LLC d/b/a BAYLOR GENETICS, and NATERA, INC.,<br><br>Defendants. | CASE NO. 4:26-cv-08831<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF EMILY FRENKEL'S**
**<u>CERTIFICATE OF FINANCIALLY INTERESTED PARTIES</u>**

Plaintiff Emily Frenkel ("Plaintiff") certifies the following to be all persons, associations, firms, partnerships, corporations, affiliates, corporations, or other legal entities known to her to be financially interested in the outcome of this case. Any publicly traded entities are underlined below.

1. Emily Frenkel, Plaintiff;

2. All persons whose personally identifiable information or personal health information was compromised in the Data Breach, including all persons who were sent a notice of the Data Breach, as defined in Plaintiff's Complaint, ECF No.1 (putative Class members);

3. All other persons residing in New York state, whose personally identifiable information or personal health information was compromised in the Data Breach, including all persons who were sent a notice of the Data Breach, as defined in Plaintiff's Complaint, ECF No.1 (putative New York Statutory Sub-Class members);

4. Baylor Miraca Genetics Laboratories, LLC d/b/a Baylor Genetics, Defendant;

5. <u>Natera, Inc.</u>, Defendant;

6. Abraham, Fruchter & Twersky, LLP, counsel for Plaintiff Emily Frenkel;

7. Ajamie LLP, counsel for Plaintiff Emily Frenkel; and

8. Norton Rose Fulbright US LLP, counsel for Defendant Baylor Miraca Genetic Laboratories LLC.[1]

Dated: October 23, 2026

Respectfully submitted,

*/s/ John S. "Jack" Edwards, Jr.*

**AJAMIE LLP**
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Thomas R. Ajamie
Texas Bar No. 00952400
S.D. Tex. No. 6165
Pennzoil Place – South Tower
711 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 860-1619
Facsimile: (713) 860-1699
jedwards@ajamie.com
tajamie@ajamie.com

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jack G. Fruchter*
Mitchell M.Z. Twersky*
Lawrence D. Levit*
Tanya Korkhov*
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jfruchter@aftlaw.com
mtwersky@aftlaw.com
llevit@aftlaw.com
tkorkhov@aftlaw.com

– and –

[1] Defendant Natera, Inc. ("Natera") was served with process on October 19, 2026 (*see* ECF No. 9). Plaintiff Frenkel will amend this Certificate, as appropriate, to include any counsel for Natera, if and when any such counsel appears.

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Patrice L. Bishop*
9440 Santa Monica Blvd.
Bank of America Building, Suite 301
Beverly Hills, CA 90210
Tel: (310) 279-5125
Fax: (212) 279-3655
pbishop@aftlaw.com

***Counsel for Plaintiff Emily Frenkel***

**Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.